UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

|  |  |  |
|---|---|---|
| In Re: | ) | BK No.:   18-26110 |
| Athanasios V Trakos | ) |  |
|  | ) |  |
|  | ) | Chapter: 13 |
|  | ) | Honorable Jack Schmetterer |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:
a)  Defer the current trustee default to the end of the Plan;
b)  Extend the Chapter 13 plan term to 66 months under H.R. 748 – CARES ACT §1113;
c)  The plan base amount remains the same;
d)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.


Enter:  _Jack B Schmetterer_ _____

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  September 09, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600