B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois, Eastern Division

In re:   Athanasios V Trakos,                              Case No.   18-26110

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2). Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS9 C/O PHH Mortgage Corporation | Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS9 C/O Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  PHH Mortgage
  Attn:  Bankruptcy Department
  PO BOX 24605
  West Palm Beach, FL 33416-4605

Court Claim # (if known):   4
Amount of Claim:   $358,294.54
Date Claim Filed:   10/24/2018

Phone:   855-689-7367
Last Four Digits of Acct #:   1622

Phone:   888-554-6599
Last Four Digits of Acct #:   1622

Name and Address where transferee payments should be sent (if different from above):
  PHH Mortgage
  Mailstop SBRP
  PO Box 5469
  Mt. Laurel, NJ 08054

Phone:   855-689-7367
Last Four Digits of Acct #:   1622

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Joel P. Fonferko                                    Date:   9/15/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

C&A File #14-18-06540

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have electronically filed a copy of this Notice of Transfer of Claim with the Courts, and notice was electronically served upon the parties listed below on September 15, 2020.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Attorney for Debtor(s), 4131 Main St., Skokie, IL 60076

      /s/ Joel P. Fonferko
        Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 **C&A File #14-18-06540**

NOTE: This law firm is a debt collector.