UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-26110
Athanasios V Trakos  )
  )  Chapter: 13
  )  Honorable Jack Schmetterer
  )
  )
Debtor(s)  )

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:
a)  Defer the current trustee default to the end of the Plan;
b)  Extend the Chapter 13 plan term to 84 months under H.R. 748 – CARES ACT §1113;
c)  Decrease the plan payment to $1,160 a month commencing with the March 2021 payment until the end of the plan;
d)  The plan base amount remains the same;
e)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  March 10, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600